### VEASEY and Another *v.* REYNOLDS.

APPEAL from the *St. Joseph* Circuit Court.

*Per Curiam.*—Suit on notes, and to foreclose a mortgage. Judgment by default. No motion or other action was taken afterward, in the Court below, as to said judgment. The case falls within the cases of *Harlan* v. *Edwards*, 13 Ind. 430; *Blair* v. *Davis*, 9 *id.* 236, and many others.

The appeal is dismissed at appellants' costs.

*J. A. Liston* and *R. L. Farnsworth*, for appellants.

*H. C. Newcomb* and *J. S. Tarkington*, for appellee.